IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEKOU RUDOLPH, #220674, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:17-CV-287-WHA |
| | ) |
| WALTER MYERS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 8, 2018, the Magistrate Judge entered a Recommendation (Doc. #36) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 28th day of February, 2018.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE